**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO. 4:25-CR-83-RH

MICHAEL DUANE DYSON

_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA and Defendant provide this factual

basis for the acceptance of Defendant Michael Duane Dyson's plea of guilty.  This

Statement of Facts does not contain every fact relating to the commission of the

offenses charged in the indictment in the captioned case but is instead a recitation of

those facts necessary to provide a factual basis for Defendant's plea.  Were this case

to proceed to trial, the Government is prepared to present evidence as follows:

The United States Department of Veterans Affairs ("VA") is a department of

the executive branch of the federal government responsible for providing essential

services and support to veterans of the United States military, including healthcare,

education, and financial benefits.  Specifically, the VA is charged with providing

lifelong healthcare services to eligible military veterans and their dependents at the

approximately 170 VA medical centers and outpatient clinics located throughout the

United States.  In the Northern District of Florida, there are multiple VA healthcare

facilities available to service eligible veterans.

FILED IN OPEN COURT ON

2/12/26   cm

United States District Court
Northern District of Florida

Proof of eligibility for VA benefits is shown through the issuance by the United States Department of Defense (now, Department of War) upon separation from active duty or reserve duty to the respective service member of a Certificate of Release or Discharge from Active-Duty form, also commonly known as a "DD Form 214," or "DD-214." The DD-214 serves as proof of military service across all branches of the U.S. military and contains essential details about a military service member's service, including dates of service, discharge status, and any awards earned.

The Bronze Star medal is a decoration first awarded to uniformed members of the U.S. armed forces in 1944 either for heroic achievement and service, meritorious achievement, or meritorious service in a combat zone. The Purple Heart medal has been awarded since 1782, recognizing U.S. armed forces service members who are either killed or wounded while serving with the U.S. military. A genuinely earned and awarded Bronze Star or Purple Heart medal would be reflected on a service member's DD-214.

When an eligible service member seeks to obtain any of the variety of VA benefits, presentation of their DD-214 is required. In addition to being crucial for accessing veterans' benefits and services, the DD-21 also permits issuance to eligible veterans of a Veteran ID card.

2

VA benefits are generally funded by revenue collected by the federal government and are administered by the VA through various programs and contracted service providers. The benefits may occur in multiple areas of assistance, including healthcare, housing, education, and income assistance, amongst others.

Application for healthcare benefits is accomplished by an eligible veteran executing a VA Form 10-10EZ, which requires the applicant to provide information regarding prior military service, dates of service, details of service, and any special circumstances that might qualify for additional benefits as a result of the service member serving in combat, being held as prisoner of war, or any disability rating, amongst other information. The VA Form 10-10EZ requires signature of the applicant attesting to the accuracy of the information provided by the service member or by an individual applying on behalf of the eligible veteran.

In the NDFL, one of the private contracting agencies assisting eligible veterans is the Family Promise of the Big Bend ("FPBB"), which acts as a contract provider of benefits focusing specifically on serving homeless veterans. Support Services for Veteran Families ("SSVF") is a specific program administered by FPBB, which provides services such as housing placement, financial support, and healthcare assistance both to homeless veterans as well as to their families.

3

Finally, Fort Bragg is a U.S. Army combat and training installation located near Fayetteville, North Carolina. It is the home of numerous notable Army units, including the 82nd Airborne Division, the Army Special Operations Command, and the XVIII Airborne Corps. Fort Benning is a U.S. Army combat and training installation located in Columbus, Georgia. It is the home of the Army Armor School, Army Infantry School, as well as the 75th Ranger Regiment.

False VA Benefits Applications

Department of Defense and VA records verified that Michael Duane Dyson (DYSON) was never an active or reserve duty member of any branch of the armed forces of the United States, to include the Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard, either as an enlisted member or officer. He was likewise not an eligible dependent of a former service member. As such, DYSON was not an armed forces veteran or dependent, and therefore ineligible for VA benefits.

Criminal history records further show that DYSON was originally convicted of sexual assault in Massachusetts in 2001 and subsequently has multiple convictions for failing to register in Florida and Rhode Island as a registered sex offender.

However, despite a lack of any legitimate veteran or dependent status, DYSON first attempted to apply for VA benefits through the Boston, Massachusetts

VA Healthcare System through his filing of a VA Form 10-10-EZ on or about April 11, 2013. At the time of this application for VA benefits, he claimed to have served in the U.S. Army during the same period that he was actually serving a prison sentence imposed for his Massachusetts sex offense. After applying, he was denied benefits and was notified of the denial through a letter from the VA Boston Healthcare System dated May 17, 2013, which specifically informed him that denial of benefits was based upon a lack of proof of prior military service. While sent, it is unclear if DYSON actually received the letter.

Investigators identified that in 2014, DYSON filled out an initial intent to seek VA disability benefits form (based on his illegitimate claim of having been wounded and awarded the Purple Heart) but never followed up on the application; as such no formal action was taken. He similarly undertook filling out an intent to file for disability benefits in 2022 with the Tallahassee VA; but again, never filled out the final application.

Several years later, DYSON submitted a similar application for VA healthcare benefits, this time in Tallahassee, Florida. As he had in Boston, DYSON submitted a VA Form 10-10-EZ with the Tallahassee, Florida VA, dated April 11, 2022. In the application, he made materially false and fraudulent representations and promises on the benefits applications, claiming that he had honorably served in the Army, similar to representations made on his 2013 application.

In the Form 10-10-EZ filed with the Tallahassee, Florida VA, DYSON claimed to have served in the Army, indicating that he received an Honorable Discharge and further claimed that during his service, he had been awarded the Purple Heart.

Based on DYSON's fraudulent representations, he was improperly certified to receive VA benefits, which he then obtained in part through medical services obtained at the VA Tallahassee Hospital, as well as through outside contract healthcare providers from between April 28, 2022, and June 13, 2025.

In addition to his efforts to obtain VA healthcare benefits, DYSON separately made materially false and fraudulent representations in applications that he submitted to the FPBB in Tallahassee, Florida to receive other VA homeless benefits. Specifically, on May 5, 2025, DYSON made claims about his Army service as part of his application for SSVF benefits, in particular by presenting a forged copy of the DD-214 he claimed had been provided upon his separation that asserted he had been awarded the Bronze Star and Purple Heart medals[1], and further when he signed and executed a Request Pertaining to Military Records (form OMB No. 3095-0029) under oath in which again he claimed service in the U.S. Army from 1998 through 2013, with service at Fort Benning and Fort Bragg.

---

[1] On numerous occasions, DYSON claimed that he had either 'lost' his DD-214, or that his identity had been stolen, and the original was in the possession of his sister, although he clearly never was able to present an original of the DD-214.

FPBB personnel were subsequently notified by the Department of Army, Human Resources Command, that there was no record of a file DD-214 or any military service record on file for DYSON. Agents from the VA/OIG were notified of the possible fraudulent activity and began investigation, during which they were able to obtain documentation that outlined the chain of events (show above) illustrating DYSON's numerous efforts to falsely claim and/or receive VA benefits. They also noted through witness interviews with former co-workers (some who were actual U.S. veterans) and a prior employer that DYSON repeatedly claimed he was an Army veteran, even going so far as to claim he served in Army Special Forces in Afghanistan where he served as a sniper and was wounded, and that he had retired in 2013 having served 20 years, attaining the rank of Master Sergeant (E-9). His then employer fired him in May 2025 when his deception was discovered.

Investigators also noted that at various times, DYSON had presented a fraudulent U.S. Department of Veterans Affairs VA Identification Card, as well as a state of Florida Identification card on which he claimed "Veteran" status.

As a result of his fraudulent representations, DYSON fraudulently received government healthcare benefits valued at approximately $169,778 of with $83,369 of the billed services were paid to healthcare providers or to DYSON himself.

7

## ELEMENTS

Theft of Government Property/Funds-Title 18 U.S.C. Section 641:

1. Money (or property) belonged to the United States;
2. Defendant stole the money (or property) for his own use;
3. Defendant knowingly and willfully intended to deprive the United States of use or benefit of the money; and
4. The money had a value greater than $1000.

JOHN P. HEEKIN
UNITED STATES ATTORNEY

ERIC K. MOUNTIN
Texas Bar No. 00784649
Assistant United States Attorney
Northern District of Florida
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 942-8430
eric.mountin@usdoj.gov

02/12/2026
Date

### Defendant's Acknowledgement

I have read the above Statement of Facts and agree that the government can present evidence as set out above. I understand that I may present the Court with my own version of the facts and may dispute particular allegations against me.

MICHAEL DUANE DYSON
Defendant

02/12/26
Date

ELIZABETH VALLEJO
Attorney for Defendant

2/12/2026
Date

8