# Temporary Financial Services Tracker

| Name and HMIS: | Michael Dyson | | 606320 | Customer Category: | |
|---|---|---|---|---|---|
| Case Manager: | | Vicky Alvarez | | RR ☐  HP ☒ | |

| Date | Assistance Type | Amount | Entered | Notes |
|---|---|---|---|---|
| 5/9/2025 | EHA | $ 287.96 | HMIS☒ | Day 1-3, May 10-12,2025 |
| 5/12/2025 | GHSA | $ 57.93 | HMIS☒ | Diapers |
| 5/12/2025 | GHSA | $ 102.00 | HMIS☒ | Emergency food |
| 5/12/2025 | EHA | $ 253.70 | HMIS☒ | Day 4-9, May 13-18, 2025 |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| | | | HMIS☐ | |
| **Total:** | | **$ 701.59** | | |

RCVD USDC FLND TL  *cm*
MAY 12 '25 PM4:25

ESA Select Suites - Tallahassee - Northwest
5344 W Tennessee St, Tallahassee 32304 US
8505804024
TNW@extendedstay.com

Date: May 09, 2025
Room Number : 417

# Receipt

| Purchase Details | |
|---|---|
| Payment Type | CREDIT CARD |
| TYPE | VISA |
| MASTER CARD NUMBER | xxxxxxxxxxxxx0633 |
| Entry Mode | Contactless Chip Read |
| APPROVAL CODE | 447327 |
| EXPIRY | 7/28 |
| TOKEN EXPIRY | 8170038314102382 |

| Transactional Details | |
|---|---|
| Confirmation No | 8019042242 |
| Guest Name | VISA CARDHOLDER |
| Transaction Type | CREDIT |
| Status | APPROVED |
| Total Amount | $287.96 |

| Additional Details |
|---|
| Mode: Issuer |
| Transaction Type: Sale |
| Terminal ID: 26379505006 |

| EMV Tags | |
|---|---|
| AID | A0000000031010 |
| TVR | 0000000000 |
| IAD | 06011203A00000 |
| THIRD PARTY DATA | 20700000 |

I agree to pay above total amount according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records.

SSVF
R Whitfield Visa
ESA Select Suites
Client: Michael Dyson
HMIS: 606320
CM: V Alvarez
Day 1-3, May 10-12, 2025
05/09/25
$287.96



| Cardholder Signature |
|---|

MERCHANT COPY / CUSTOMER COPY

Give us feedback @ survey.walmart.com
Thank you! ID #:7VPBDCH7QKG



WM Supercenter
850-574-3588 Mgr. DAMIR
4400 W TENNESSEE ST
TALLAHASSEE FL 32304
ST# 01408 OP# 007797 TE# 07 TR# 03035

\# ITEMS SOLD 2
TC# 0609 6447 8475 0479 3832

| PAMPERS | 030772032700 | 39.97 N |
| PC FRESH 9X | 681131072750 H | 17.96 N |

```
          SUBTOTAL    57.93
             TOTAL    57.93

         VISA TEND    57.93
        CHANGE DUE     0.00
```

VISA CREDIT- 0633 I O APPR#122486
   57.93  TOTAL PURCHASE
REF # 513243332520
TRANS ID - 465132703152440
VALIDATION - THFJ
PAYMENT SERVICE - E
AID A0000000031010
TERMINAL # 24837543
*No Signature Required
        05/12/25      15:31:54

 Get free delivery
from this store
with Walmart+

Scan for 30-day free trial.

Low prices You Can Trust. Every Day.
        05/12/25      15:31:59

SSVF
R Whitfield Visa
Walmart
Client: Michael Dyson
HMIS: 606320
CM: Vicky Alvarez
HP, GHSA, Diapers,
05/12/25
$57.93



**Walmart**

WM Supercenter
850-574-3688 Mgr. DAMIR
4400 W TENNESSEE ST
TALLAHASSEE FL 32304
ST# 01408 OP# 007797 TE# 07 TR# 03037

\# ITEMS SOLD 40
TC# 3455 1599 1391 2811 1435 7



| | | | |
|---|---|---|---|
| GV 40PK | 078742279090 F | 5.64 N | |
| PC JCE APPLE | 078742067600 F | 1.52 N | |
| GB BABY JUIC | 015000020840 F | 2.48 N | |
| PC JCE APPLE | 078742067600 F | 1.52 N | |
| GB 2 PEARS | 015000076060 F | 1.88 N | |
| GB 2 APL BLU | 015000076080 F | 1.88 N | |
| GB 2 MIX FRT | 015000076690 F | 1.88 N | |
| GB 2 CRT TUB | 015000076000 F | 1.88 N | |
| GB YOG STW 2 | 015000138210 F | 1.98 N | |
| GB YOG STW 2 | 015000138210 F | 1.98 N | |
| GB 2 SWT POT | 015000076040 F | 1.88 N | |
| GB 2 GRN BN | 015000076010 F | 1.88 N | |
| LACT WHL 96 | 041383090730 F | 6.38 O | |
| LACT WHL 96 | 041383090730 F | 6.38 O | |
| GB BABY JUIC | 015000020840 F | 2.48 N | |
| GB CRL MLTGN | 015000070520 F | | |
| 4 AT 1 FOR | 5.48 | 21.92 O | |
| GB 2 MIX FRT | 015000076690 F | 1.88 N | |
| GB 2 PEARS | 015000076060 F | 1.88 N | |
| GB 2 MANGO | 015000076870 F | 1.88 N | |
| GB 2 APL STW | 015000076090 F | 1.88 N | |
| GB 2 PUMPKIN | 015000076890 F | 1.88 N | |
| GB 2 APL STW | 015000076090 F | 1.88 N | |
| GB 2 APL BLU | 015000076080 F | 1.88 N | |
| GB 2 PUMPKIN | 015000076890 F | 1.88 N | |
| GB 2 CRT TUB | 015000076000 F | 1.88 N | |
| GB 2 PR PINE | 015000076750 F | 1.88 N | |
| GB 2 APL STW | 015000076090 F | 1.88 N | |
| GB 2 CINPEAR | 015000073650 F | 1.88 N | |
| GB 2 MANGO | 015000076870 F | 1.88 N | |
| GB 2 CINPEAR | 015000073650 F | 1.88 N | |
| 1ST FD SWTPO | 015000003080 F | 1.36 N | |
| GB 2 APL STW | 015000076090 F | 1.88 N | |
| GB 2 APL CRL | 015000076170 F | 1.88 N | |
| GB 2 APL BLU | 015000076080 F | 1.88 N | |
| GB 2 BTR SQU | 015000076030 F | 1.88 N | |
| GB 2 PR PINE | 015000076750 F | 1.88 N | |
| 1ST FD SWTPO | 015000003080 F | 1.36 N | |

| | |
|---|---|
| SUBTOTAL | 102.00 |
| TOTAL | 102.00 |
| VISA TEND | 102.00 |
| CHANGE DUE | 0.00 |

VISA CREDIT- 0633 I 0 APPR#694359
102.00  TOTAL PURCHASE
REF # 513238318053
TRANS ID - 305132705297729
VALIDATION - 7T29
PAYMENT SERVICE - E
AID A0000000031010
TERMINAL # 24837543
*No Signature Required
05/12/25    16:35:28

Get free delivery
from this store
with Walmart+
Scan for 10-day free trial.

Low prices You Can Trust. Every Day.
05/12/25    16:35:32

SSVF
R Whitfield Visa
Walmart
Client: Michael Dyson
HMIS: 606320
CM: Vicky Alvarez
HP, GHSA, Emergency Food
Assistance
05/13/25
$102.00

ESA Select Suites - Tallahassee - Northwest
5344 W Tennessee St, Tallahassee 32304 US
8505804024
TNW@extendedstay.com

Date: May 12, 2025
Room Number : 417

# Receipt

| Purchase Details | |
|---|---|
| Payment Type | CREDIT CARD |
| TYPE | VISA |
| MASTER CARD NUMBER | xxxxxxxxxxxxx0633 |
| Entry Mode | Chip Read |
| APPROVAL CODE | 054925 |
| EXPIRY | 7/28 |
| TOKEN EXPIRY | 8170038314102382 |

| Transactional Details | |
|---|---|
| Confirmation No | 8019042242 |
| Guest Name | RICK WHITFIELD |
| Transaction Type | CREDIT |
| Status | APPROVED |
| Total Amount | $253.70 |

| Additional Details | |
|---|---|

Mode: Issuer
Transaction Type: Sale
Terminal ID: 26379505006

| EMV Tags | |
|---|---|
| AID | A0000000031010 |
| TVR | 8000008000 |
| IAD | 06011203A02000 |
| TSI | 6800 |

I agree to pay above total amount according to card issuer agreement.
(Merchant agreement if Credit Voucher)
Retain this copy for your records.

SSVF
R Whitfield Visa
ESA Select Suites
Client: Michael Dyson
HMIS: 606320
CM: Vicky Alvarez
HP, EHA,
Day 4-9, May 13 through May 18, 2025
05/12/25
253.70



| Cardholder Signature | |
|---|---|

MERCHANT COPY / CUSTOMER COPY

Applied filters:stn_6d is 573 , 573A4, 573GI, or 573QGpatient_ssn contains '            00'

| patient_ssn | patient_dob | seoc | referral_number | service_date | procedure_code | Sum of amount_paid |
|---|---|---|---|---|---|---|
| 00 | 2/14/1979 0:00 | | UC23430949R3 | 10/3/2022 | 99203 | 113.2 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 9/26/2022 | 93971 | 118.64 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 1/5/2023 | 93971 | 113.16 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 3/16/2023 | 93971 | 115.99 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 9/26/2022 | 99204 | 143.51 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 1/5/2023 | 99213 | 74.42 |
| 00 | 2/14/1979 0:00 | Vascular Surgery SEOC 1.0.8 PRCT REV | VA0023055689 | 3/16/2023 | 99213 | 76.28 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | | | 8578.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 5/31/2022 | 93010 | 8.33 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 6/1/2022 | 99223 | 199.32 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 6/2/2022 | 99223 | 199.32 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 6/1/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 6/3/2022 | 99239 | 104.86 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002487499 | 5/31/2022 | 99285 | 183.65 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | | | 8578.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | 6/4/2022 | 93010 | 8.33 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | 6/7/2022 | 99232 | 71.59 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | 6/6/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | 6/8/2022 | 99239 | 104.86 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002507732 | 6/4/2022 | 99285 | 183.65 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | | | 6037.43 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/18/2022 | 93010 | 7.08 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/19/2022 | 99223 | 398.64 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/20/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/21/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/22/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/23/2022 | 99233 | 102.81 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/24/2022 | 99239 | 104.86 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9002571316 | 6/18/2022 | 99285 | 156.1 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 71045 | 74.78 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 71275 | 165.14 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 93010 | 16.66 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 93042 | 6.99 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 96360 | 189.13 |
| 00 | 2/14/1979 0:00 | Emergency Care SEOC 1.2.3 PRCT | VA9003063553 | 10/6/2022 | 99285 | 666.38 |
| | | | | | | **27416.78** |